# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| WENDY MINTER | FILED: APRIL 10, 2008 |
| v. | 08CV2050   TC |
| G&D INTEGRATED DISTRIBUTION, INC. | JUDGE SHADUR |
| | MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WENDY MINTER

| |
|---|
| NAME (Type or print) |
| Tyler Manic |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Tyler Manic |
| FIRM |
| Lisa Kane & Associates, P.C. |
| STREET ADDRESS |
| 120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06290122 | 312-606-0383 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐