AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WENDY MINTER, Plaintiff,

CASE NUMBER: 08CV2050    TC

V.

ASSIGNED JUDGE: JUDGE SHADUR
MAGISTRATE JUDGE COX

G&D INTEGRATED DISTRIBUTION, INC., Defendant.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

G&D INTEGRATED DISTRIBUTION, INC.
c/o MICHAEL R SEGHETTI, Registered Agent
416 Main Street, Suite 1400
Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

April 11, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS

Wendy Minter,                )
                             )
v                            )     08 CV 2050
                             )
G & D Distribution, Inc.,    )

## AFFIDAVIT

I, Marcella Teplitz, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on April, 18, 2008 at 2:10 PM, I served this Summons and Complaint upon G & D Distribution Inc. c/o Michael R. Seghetti, Registered Agent at 416 Main St. Suite 1400, Peoria, IL 61602 by serving:

Name: Michael R. Seghetti

Title: Registered Agent

Description: Sex: Male, Race: White, Age: 50 yrs.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

Marcella Teplitz
Process Server

Signed and sworn to before me this 18th day of April, 2008.

Beverly J. Walker
Notary Public

"OFFICIAL SEAL"
BEVERLY J. WALKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-09-2008