IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDY MINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 cv 2050 |
| ) | Judge Shadur |
| G&D INTEGRATED DISTRIBUTION, INC., ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant G&D Integrated Distribution Inc., by its attorneys, Kearney W. Kilens, Hope G. Nightingale and Laura L. Milnichuk, Litchfield Cavo LLP of counsel, states that there is no parent corporation that owns it and no publicly held corporation that owns 10% or more of its stock.

DATE: May 8, 2008

                                                               s/Kearney W. Kilens
                                                               Kearney W. Kilens

Kearney W. Kilens (Attorney I.D. 6190877)
Hope G. Nightingale (Attorney I.D. 6184864)
Laura L. Milnichuk (Attorney I.D. 6286880)
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, IL  60606
312-781-6686
312-781-6630 (fax)
Email:  kilens@litchfieldcavo.com