# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　Case Number: 08 cv 2050

WENDY MINTER
v.
G&D INTEGRATED DISTRIBUTION, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
G&D INTEGRATED DISTRIBUTION, INC.

| | |
|---|---|
| NAME (Type or print) <br> LAURA L. MILNICHUK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura L. Milnichuk | |
| FIRM <br> LITCHFIELD CAVO LLP | |
| STREET ADDRESS <br> 303 WEST MADISON STREET | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286880 | TELEPHONE NUMBER <br> 312-781-6672 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |